**Kelly Andrew Beall (SBN 162456)**
kabeall@wolfewyman.com
**Jennifer J. Maas (SBN 223384)**
jjmaas@wolfewyman.com
**Jane A. Gaba (SBN 258955)**
jagaba@wolfewyman.com
**WOLFE & WYMAN LLP**
**2301 Dupont Drive, Suite 300**
**Irvine, California 92612-7531**
**Telephone:  (949) 475-9200**
**Facsimile:   (949) 475-9203**

JS-6

**Attorneys for Defendant**
**PNC BANK, N.A.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE R. LAKEMAN and BAREND H. LAKEMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>PNC BANK, N.A., a business entity form unknown, CAL-WESTERN RECONVEYANCE CORPORATION, a business entity form unknown, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. CV13-00751 R (JCx)<br><br>Honorable Manuel L. Real<br><br>**JUDGMENT OF DISMISSAL**<br><br><br><br>Trial Date:  None Set |

    The Court granted Defendant PNC BANK, NATIONAL ASSOCIATION's ("PNC") Motion to Dismiss Plaintiffs DENISE R. LAKEMAN and BAREND H. LAKEMAN's ("Plaintiffs") First Amended Complaint on March 18, 2013, without leave to amend, and the action was dismissed.

    In light of the foregoing, in accordance with the Order entered on the Motion to Dismiss, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED ADJUDGED, AND DECREED** as follows:

1. That Plaintiffs take nothing by way of their First Amended Complaint;

2. Judgment of dismissal, <u>with</u> prejudice, is entered in favor of PNC; and

3. PNC is awarded its costs incurred in this action pursuant to a separately filed Bill of Costs, as well as attorneys' fees as determined by a noticed motion.

**IT IS SO ORDERED.**

DATED: April 10, 2013          By: _____
                                    Honorable Manuel L. Real
                                    United States District Court